TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00090-CV

Mary Cardenas, Appellant

v.

Sean Jester and Kristine Jester, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY

NO. 237,940, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING 

PER CURIAM

 Appellant Mary Cardenas has filed a motion to dismiss appeal. We grant
appellant's motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(2). Appellant's second
motion to extend time to file brief is dismissed as moot.

Before Justices Jones, Kidd and Patterson

Dismissed on Appellant's Motion

Filed: September 23, 1999

Do Not Publish